IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FORGENT NETWORKS, INC.<br>Plaintiff,<br>v.<br>ECHOSTAR TECHNOLOGIES<br>CORPORATION, et al.,<br>Defendants. | § § § § § § § | 6:06-CV-208 |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

### I. Invalidity

Did EchoStar prove by clear and convincing evidence that the listed claims of the '746 patent are invalid for any of the following reasons?

**Answer "Yes" or "No" for each listed claim and each invalidity claim:**

| | A. Lack of Adequate Written Description | B. Anticipation by Prior Art | C. Obviousness |
|---|---|---|---|
| Claim 1 | YES | YES | YES |
| Claim 2 | YES | YES | YES |
| Claim 3 | YES | YES | YES |
| Claim 4 | YES | YES | YES |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 21 2007

DAVID J. MALAND, CLERK
BY DEPUTY _____

2:50pm

1

**If you found that EchoStar did not prove that at least one claim of the '746 Patent was invalid, answer the following questions. Otherwise, do not answer the following questions.**

## II. Willfulness

Did Forgent prove by clear and convincing evidence that EchoStar's infringement was willful?

Answer "Yes" or "No"  _____

## III. Damages

What sum of money, if paid now in cash, do you find should be awarded to Forgent as damages adequate to compensate for EchoStar's infringement?

**Amount:**   $_____

Signed this _21_ day of May, 2007:

_____
JURY FOREPERSON