**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **FORGENT NETWORKS, INC.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:06-CV-208 LED** |
| | § | |
| **ECHOSTAR TECHNOLOGIES** | § | |
| **CORPORATION, et al.** | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court are Defendant Echostar Technologies Corporation's Renewed Motion for Judgment as a Matter of Law (Docket No. 865) and Plaintiff Forgent Networks, Inc.'s Motion for Judgment as a Matter of Law and Motion for Partial New Trial (Docket No. 867). After considering the briefing, the motions are **DENIED**.

**So ORDERED and SIGNED this 9th day of August, 2007.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**