IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **FORGENT NETWORKS, INC.,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.  6:06-CV-208 LED |
| | § | |
| **ECHOSTAR TECHNOLOGIES** | § | |
| **CORPORATION, et al.** | § | |
| Defendants. | § | |
| | § | |

**FINAL JUDGMENT**

This matter came for trial before a jury on May 14, 2007.  Plaintiff Forgent Networks, Inc. appeared by and through its attorney and announced ready for trial.  Defendant Echostar Technologies, Corp. appeared by and through its attorney and announced ready for trial.  The Court impaneled and swore the jury, which heard the evidence and arguments of counsel.  The Court submitted questions, definitions, and instructions to the jury.  On May 21, 2007, the jury returned a unanimous verdict that the Court received, filed, and entered of record.  Based on the verdict of the jury and the applicable law, the Court renders judgment for Defendant as follows:

It is hereby **ORDERED**, **ADJUDGED, AND DECREED** that Plaintiff Forgent Networks, Inc. take nothing against Defendant Echostar Technologies, Corp.  It is further **ORDERED** that Defendant recover costs from Plaintiff as set forth in the Agreed Stipulation Regarding Echostar's Bill of Costs (Docket No. 876).

All relief not granted in this judgment is **DENIED**.

**So ORDERED and SIGNED this 9th day of August, 2007.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**